

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00319-CV

| | | |
|---|---|---|
| Dinna Buttler | § | From the 236th District Court |
| | § | of Tarrant County (236-274485-14) |
| v. | | |
| | § | August 26, 2016 |
| John T. Sutcliffe | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Dinna Buttler shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
    Chief Justice Terrie Livingston